UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TELLAS LEVALLAS KENNEDY, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV616-122 CR612-018 |
| UNITED STATES OF AMERICA | ) ) | |
| Respondent. | ) ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 30th day of September, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA